**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------x Civil Action No.: CV-05-1338 (ARR)(SMG)

UNITED STATES OF AMERICA, §
§
           Plaintiff, §
  - against- §
§
FELICITA RIVERA, aka §
FELICITA CLAUSELL §
           Defendant. §
----------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 06 2005 ★

P.M. _____
TIME A.M. _____

## DEFAULT JUDGMENT

Because Felicita Rivera failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Felicita Rivera:

**Claim No. C99-19752W**

| | |
|---|---|
| Principal Balance: | $2,300.74 |
| Total Interest Accrued at 8.000%: | $2,554.49 |
| Filing and Service of Process: | ~~$290.00~~ |
| Subtotal: | ~~$5,145.23~~ |
| Attorney's Fees: | ~~$~~ |
| Total Owed: | $ 4,855.23 /m |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York

July 5, 2005

~~Allyne R. Ross~~ Robert C. Heinemann
~~United States District Judge~~ Clerk of Court